# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**JOE WILLIAM LITTLES,**

    **Plaintiff,**

v.                                Case No. 1:17cv192-MW/CAS

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 19. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's applications for Social Security benefits is **AFFIRMED**. Plaintiff's request for oral argument is **DENIED**."

1

The Clerk shall close the file.

**SO ORDERED on April 4, 2018.**

**s/Mark E. Walker**
**United States District Judge**
